# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Court | MIDDLE DISTRICT OF FLORIDA<br>ORLANDO DIVISION | | Court Stamp Here |
| Plaintiff | ELIZABETH CORBETT | Case # | 6:22-CV-00620-RBD-DCI |
| Defendant | S.P.C.A. OF NORTH BREVARD INC. A FLORIDA NOT-FOR-PROFIT CORPORATION | Hearing Date | |
| Person to be Served | S.P.C.A. OF NORTH BREVARD INC. A FLORIDA NOT-FOR-PROFIT CORPORATION c/o NANCY EBERLIN, REGISTERED AGENT | Came to Hand Date/Time | 3/31/2022  3:04 PM |
| Manner of Service | Corporate | Service Date/Time | 4/05/2022  9:54 AM |
| Documents | SUMMONS;COMPLAINT | | |

On 4/05/2022 at:
2825 NIGHT HERON DR, MIMS, FL 32754 I served S.P.C.A. OF NORTH BREVARD INC. A FLORIDA NOT-FOR-PROFIT CORPORATION c/o NANCY EBERLIN, REGISTERED AGENT by:

Leaving 1 copy(ies) of this process with **NANCY EBERLIN, REGISTERED AGENT**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to NANCY EBERLIN, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact over 65 years of age, 5'-5'4" tall and weighing 160-180 lbs with glasses

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Melissa Kesler-Jones_  603  4/5/22
Melissa Kesler-Jones  Process Server ID  Date Executed

Ref  corbett, elizabeth



Richard Celler Legal P.A.

Tracking # 0085281975