# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO.: 6:22-cv-620-RBD-DCI

ELIZABETH CORBETT,

     **Plaintiff,**

v.

S.P.C.A. OF NORTH BREVARD, INC.,
a Florida Not For Profit Corporation,

     **Defendant,**

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested

Persons and Corporate Disclosure:

1.)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    1.     Elizabeth Corbett – Plaintiff

    2.     Noah E. Storch, Esquire – Counsel for Plaintiff

    3.     Richard Celler Legal, P.A. - Attorneys for Plaintiff

    4.     S.P.C.A. OF NORTH BREVARD, INC.,– Defendant

2.) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      1. None known.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

      1. None other than the persons identified in above.

4.) The name of each victim (individual or corporate), including every person who may be entitled to restitution:

      1. Elizabeth Corbett – Plaintiff

5.) Check one of the following:

\_\_x\_\_\_a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

\_\_\_\_\_b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated this 18th day of April, 2022.

[ THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

*/s/Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No. 0085476
RICHARD CELLER LEGAL, P.A.
10368 W. State Rd 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2022, a true and correct copy of the foregoing has been filed using the Court's CM/ECF filing system which I understand will send a copy to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.