UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIZABETH CORBETT,

                                                  Case Number: 6:22-cv-00620

Plaintiff,

v.

S.P.C.A. OF NORTH BREVARD, INC., a
Florida Not For Profit Corporation

Defendant.
_____/

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1. On March 29, 2022, Plaintiff filed the Complaint (Doc. 1).

2. On April 5, 2022, the Defendant was served with the Complaint, making the response deadline April 26, 2022.

3. On April 26, 2022, Defendant filed a Motion for Extension of Time which was granted, making the current deadline to respond May 10, 2022.

4. Defendant and its counsel are still in the process of reviewing Defendant's files to formulate an appropriate response to the Complaint. Defendant and its counsel respectfully request additional time to allow them to complete this process.

5. Defendants have conferred with Plaintiff's counsel about an extension of time to respond to the Complaint and Plaintiff has no objection.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff.  In fact, Plaintiff agrees to the proposed extension.  Permitting the extension will enable Defendant to develop a response to the allegations in the Complaint following analysis of the relevant files. For these reasons, Defendant requests that the Court extend the deadline to respond to the Complaint.

## LOCAL RULE 3.01(G) CERTIFICATION

Defendant certifies that they have conferred with Plaintiff regarding this motion and that Plaintiff does not oppose the requested relief.

WHEREFORE, Defendant, S.P.C.A. of North Brevard, Inc. respectfully request an extension of time up to and including May 17, 2022, to respond to Plaintiff's Complaint.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated this 10th day of May, 2022.

          Respectfully submitted,

          SPIRE LAW, LLC
          2572 W. State Road 426, Suite 2088
          Oviedo, Florida 32765

          By: */s/ Jesse I. Unruh*
          Jesse I. Unruh, Esq.
          Florida Bar No. 93121
          jesse@spirelawfirm.com
          sarah@spirelawfirm.com
          laura@spirelawfirm.com
          filings@spirelawfirm.com
          Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 10th day of May, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Andres Kroboth, Esq.; Noah E. Storch, Esq.; RICHARD CELLER LEGAL, P.A.; (866) 344-9243; andres@floridaovertimelawyer.com; noah@floridaovertimelawyer.com.

          */s/ Jesse I. Unruh*

          Attorney