UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-620-RBD-DCI

**ELIZABETH CORBETT,**

    **Plaintiff,**

v.

**S.P.C.A. OF NORTH BREVARD, INC.,**
a Florida Not For Profit Corporation.

    **Defenndant**
_____/

## NOTICE OF FILING ANSWERS TO COURT INTERROGATORIES

Pursuant to this Court's FLSA Scheduling Order dated May 20, 2022(ECF No. 14), Plaintiff, Elizabeth Corbett, gives notice of filing her Answer's to Court Interrogatories.

Dated this 20th day of July 2022.

                                        Respectfully submitted,

                                      ***/s/ Noah E. Storch***
                                      Noah E. Storch, Esq.
                                      Florida Bar No.: 85476

>RICHARD CELLER LEGAL, P.A.
>10368 W. S.R. 84, Suite 103
>Davie, FL  33324-4241
>Telephone No.: (866) 344-9243
>Facsimile No.: (954) 337-2771
>Email:
>**noah@floridaovertimelawyer.com**
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF filing system, which I understand will provide a copy of same to all counsel of record.

>***/s/ Noah E. Storch***
>Noah E. Storch, Esq.

## PLAINTIFF ELIZABETH CORBETT'S
## FLSA ANSWER'S TO COURT'S INTERROGATORIES

1.     During what period of time were you employed by the Defendant?

   October 2013 through January 22, 2022

   Relevant time period for this case: 03/29/19-12/31/2020(92 weeks)

2.     Who was your immediate supervisor?

   Veronica Vera-until October 2020

   Tia Vitavotie-October 2020-through my termination on January 22, 2022

3.     Did you have a regularly scheduled work period? If so, specify.

   Regularly scheduled-Monday -Friday -8:00am-5:00pm
   On-call- Monday-Friday-beginning at 5:00pm
   On-call-Saturday and Sunday (24/7)

4.     What was your title or position? Briefly describe your job duties.

   Foster Coordinator-responsible for all incoming animals to the shelter to be set up with a foster family in the area. I would schedule each animal to be seen by the vet and coordinate with the fosters any future medical appointments, supplies the fosters may need to care for the animals. I handled all after hour calls and if animal were found and needed help, I would go out to the location, bring it back to the facility and try to contact a foster to take care of the animal or I would foster the animal myself. I started several new foster programs, and I would be responsible for maintaining these foster programs. I provided daily care for the animals, such as cleaning, medicating and assisting with vaccinations, paperwork I would have contact with all fosters for medical appointments.

   After-hour duties, include, but are not limited to picking up foster animals that need emergency care, contact the emergency vet and keep the foster updated with status of the foster animal. Foster families would call and text me with issues/questions about the foster animal, I would have to assist them in any way possible and if they needed emergency care, I would meet them at the shelter or go the foster and pick up the animal if they could not bring the animal.

5. What was your regular rate of pay?

April 2019-October 6, 2019-$14.50 per hour ($21.75 overtime rate)
October 7, 2019-October 18, 2020-$14.89 per hour ($22.33 overtime rate)
October 19, 2020-December 31, 2020-$15.50 per hour ($23.25 overtime rate)

6. What is the nature of your claim (check all that apply)?

☒ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

☐ Misclassification (Defendant mistakenly classified you as exempt from overtime);

Miscalculation (Defendant failed to correctly calculate your compensation);

Other (Please describe):

Click or tap here to enter text.

7. Provide an accounting of your claim, including:

(a) Dates- March 29, 2019-December 31, 2020(92 weeks)
(b) regular hours worked 40
(c) over-time hours worked
Approximately 1, 380 hours-I believe it could be more, but I do not have all the records at this time. This is my best guess at this time. The cell phone I used for work will show all of the hours off the clock I worked.
(d) pay received versus pay claimed
See calculations attached as Exhibit A.
(e) total amount claimed
**$30, 732.30(unliquidated) $61, 464.60(liquidated)**

8. If you have brought this case as a collective action: N/A

(a) Describe the class of employees you seek to include in this action.
(b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

Click or tap here to enter text.

9. Specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of

hours expended by each person who has billed time to this case.

15 hours@$450.00 per hour=$6,750.00 Costs include, filing fee $402.00, Service of Process-$56.50 TOTAL FEES AND COSTS: $7, 208.50

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

March 2022

11. Was this complaint written or oral? (If a written complaint, attach a copy).

Written

12. What was your employer's response? (If a written response, attach a copy).

Defendants filed their Answer on May 17, 2022 (EC No. 13).

(Plaintiff's Signature)

*[signature]*

**Plaintiff's Printed Name**

**STATE OF FLORIDA**

COUNTY OF :

The foregoing instrument was acknowledged before me by means of physical presence or online notarization, by _____, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

**SWORN TO AND SUBSCRIBED** before me by means of ✓ physical presence or _____ online notarization, on this 20 day of July, 2022.

NOTARY PUBLIC

_Sharon Miller_
Signature of Person Taking
Acknowledgment

**Notary Stamp**
Print Name: Sharon Miller
Title: Branch Manager
Notary Public Serial No. (if any):
Commission Expires: August 8, 2024



SHARON MILLER
MY COMMISSION # HH 29227
EXPIRES: August 8, 2024

# EXHIBIT A

**Elizabeth Corbett**

**March 29, 2019-December 31, 2020(92 weeks)**

**March 29, 2019-October 6, 2019(27 weeks)**

$14.50 per hour (reg rate) $21.75 per hour (overtime rate)

$21.75 x 15 overtime hours (worked per week) =$326.25(owed per week)

$326.25 x 27 weeks=$8,808.75(unliquidated) $17, 617.50(liquidated)

**October 7, 2019-October 18, 2020(54 weeks)**

$14.89 per hour (reg rate) $22.33 per hour (overtime rate)

$22.33 x 15 overtime hours (worked per week) =$334.95(owed per week)

$334.95 x 54 weeks=$18, 087.30(unliquidated) $36,174.60(liquidated)

**October 19, 2020-December 31, 2020(11 weeks)**

$15.50 per hour (reg rate) $23.25 per hour (overtime rate)

$23.25 x 15 overtime hours (worked per week) =$348.75(owed per week)

$348.75 x 11 weeks =$3,836.25(unliquidated) $7,672.50(liquidated)

**TOTAL OWED:  $30, 732.30(unliquidated) $61, 464.60(liquidated)**