UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIZABETH CORBETT,

                        Case Number: 6:22-cv-00620

Plaintiff,

v.

S.P.C.A. OF NORTH BREVARD, INC., a
Florida Not For Profit Corporation

Defendant.
_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undesigned counsel and pursuant to this Court's Scheduling Order (Doc. 14), hereby file this Joint Report regarding the settlement conference that took place on July 27, 2022 and August 16, 2022 via telephone. The parties have not settled but wish to continue settlement discussions for two weeks up to and including September 1, 2022.

Respectfully submitted this 18th day of August, 2022.

| | |
|---|---|
| /s/ Jamie L. White | /s/ Noah E. Storch |
| Jamie L. White, Esq. | Andres Kroboth, Esq. |
| Florida Bar No. 100018 | Florida Bar No. 1016483 |
| SPIRE LAW, LLC | Noah E. Storch, Esq. |
| 2752 W. State Road 426, Suite 2088 | Florida Bar No. 85476 |
| Oviedo, Florida 32765 | 10368 W State Road 84 Ste 103 |
| Telephone: (407) 494-0135 | Davie, FL 33324-4242 |
| jamie@spirelawfirm.com | Richard Celler Legal, P.A. |
| marcela@spirelawfirm.com | Telephone: (866) 344-9243 |
| filings@spirelawfirm.com | andres@floridaovertimelawyer.com; |
| *Attorneys for Defendant* | noah@floridaovertimelawyer.com |
| | *Attorneys for Plaintiff* |